

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-18-00412-CR

Ramiro **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 07-11-0317-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

On June 20, 2018, the trial court clerk filed the clerk's record in this court. However, the clerk's record does not include a certification of the defendant's right to appeal regarding the denial of appellant's motion for post-conviction DNA testing as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 25.2(a)(2) ("The trial court shall enter a certification of the defendant's right to appeal each time it enters a judgment of guilt or other appealable order.").

Accordingly, we **ORDER** the trial court clerk to supplement the appellate record with the trial court's certification of defendant's right to appeal regarding the denial of appellant's motion for post-conviction DNA testing on or before **August 16, 2018**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2018.



Keith E. Hottle
Clerk of Court